**DISMISS and Opinion Filed March 21, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-01477-CV**

**THE STATE OF TEXAS, Appellant**
**V.**
**THREE THOUSAND SEVEN HUNDRED NINETY-TWO DOLLARS IN UNITED STATES CURRENCY, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-00170-L**

**MEMORANDUM OPINION**

Before Justices Bridges, FitzGerald, and Myers
Opinion by Justice Bridges

The Court has before it appellant The State of Texas's motion to dismiss the appeal. The

State says it does not wish to proceed with the appeal. We grant the motion and dismiss the

appeal. *See* Tex. R. App. P. 42.1(a)(1).


/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

121477F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THE STATE OF TEXAS, Appellant

No. 05-12-01477-CV          V.

THREE THOUSAND SEVEN HUNDRED
NINETY-TWO DOLLARS IN UNITED
STATES CURRENCY, Appellee

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 12-00170-L.
Opinion delivered by Justice Bridges,
Justices FitzGerald and Myers participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

It is **ORDERED** that appellee Melvin Williams recover his costs of this appeal, if any, from appellant The State of Texas.

Judgment entered March 21, 2013.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE